

# THE LAW FIRM OF
# HUNT, HAMLIN & RIDLEY
COUNSELLORS AT LAW

**FOUNDING PARTNERS**
RONALD C. HUNT
RAYMOND L. HAMLIN
TERRY RIDLEY

KENYATTA K. STEWART‡
KYANA WOOLRIDGE
NAVARRO W. GRAY
ALBERT C. ASPHALL

NEWARK OFFICE
MILITARY PARK BUILDING
60 PARK PLACE, 16TH FLOOR
NEWARK, NJ  07102

PATERSON OFFICE
418 GRAND STREET
PATERSON, NJ 07505

**ALL REPLIES TO THE NEWARK OFFICE**

TEL: (973) 242-4471
TELEFAX:(973) 242-8295
WEB SITE:  www.HuntHamlinRidley.com

**OF COUNSEL**
CEDRIC ASHLEY‡
RASHEEDAH R. TERRY‡
VIELKA VELAZQUEZ

*ALSO ADMITTED IN PA
‡ALSO ADMITTED IN NY

July 20, 2012

Hon. Frederic Block, U.S.D.J.
United States District Court for the
Eastern District Court of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

    Re:    **USA v. Jessie Bell**
            **Crim. No. 12 cr 117 (FB)**

Dear Judge Block:

    I have attempted to communicate via email with AUSA Anthony Capozzolo regarding my client, Jessie Bell. Ms. Bell desires to go on a cruise to Canada on a previously planned religious retreat. I have yet to receive a response from Mr. Capozzolo. Attached hereto is the information regarding the trip. Originally, we had believed that she was required to have a passport to travel to Canada, but later we discovered that all she needs is her driver's license.

    It is my understanding that her pre-trial services officer, Angel Matos, will consent to her traveling to Canada, provided the AUSA consents to it. I note for the record that my client has not missed a court appearance and is a co-defendant with her father in the above-captioned criminal matter. She is not a danger to anyone and she is not a flight risk, especially in light of the fact that she has absolutely no ties to anyone or anything in Canada. The departure date is August 6, 2012 and the return date is August 11, 2012.

    Most respectfully, we request that your Honor issues an Order allowing Ms. Bell to travel to Canada subject to any conditions imposed by the Court.

*HUNT, HAMLIN*
*RIDLEY*
COUNSELLORS AT LAW

Page 2

Very truly yours,

HUNT, HAMLIN & RIDLEY

Terry Ridley

TR/tr

cc: Angel Matos (via Facsimile)
    AUSA Anthony M. Capozzolo, Esq.

Established in 1995

**From:** Terry Ridley <hhr1tr@aol.com>
**To:** Anthony.Capozzolo <Anthony.Capozzolo@usdoj.gov>
**Subject:** Jessie Bell
**Date:** Mon, Jul 2, 2012 1:15 pm

Hi Anthony,

Hope you are enjoying the heat. Anyway, my client wants to go on a religious retreat in Canada. This was planned over a year ago by her and is paid for. Canada only required a birth certificate for admission so there isn't a passport issue. I will scan you the full itinerary today. Hopefully, you will ok it.

Terry Ridley

P.S. pretrial services is awaiting your approval

Sent from my iPhone

**From:** Terry Ridley <hhr1tr@aol.com>
**To:** Anthony.Capozzolo <Anthony.Capozzolo@usdoj.gov>
**Subject:** Re: Jessie Bell
**Date:** Tue, Jul 17, 2012 11:23 am

Mr. Capozzolo,

My client wishes to go got to a religious retreat in Canada in approximately three weeks. I had sent you previously an email requesting your permission for her to participate in the the retreat, which she had planned about a year ago.

Can you please contact me and let me know what your position is. I can supply you with trip info if you need it.

Terry Ridley

Sent from my iPad

May 22, 2012

To Honorable Judge Frederic Block

In 2011, I was assigned as coordinator of our annual women's retreat at St. John's Baptist Church located at 525 Bramhall Avenue in Jersey City, NJ; where I was asked to look into a cruise for our retreat. I scheduled a 2012 cruise which is scheduled for Monday, August 6, 2012 and returning Saturday, August 11, 2012. Ship departs from New York Pier in Manhattan on Monday, August 6th at 4pm but will have to be on board between 12noon and 2pm. The ship will be making stops in St. John, New Brunswick in Canada on Wednesday, August 8th at 8am and departing at 4pm. The next stop will be on Thursday, August 9th in Halifax, Nova Scotia, Canada at 9am and departing at 6pm and arriving back in New York on Saturday, August 11th at 8am. The cruise was planned prior the current events at hand. The deadline is vastly approaching and I wouldn't want to loose any deposits that I already have forward to travel agency on my behalf. I would like permission to attend the women's retreat and release of my passport and will return passport back to pretrial upon my return to NY on next business day. By granting me permission, I would need to know when my passport will be available to be picked up and all prohibited travel on my passport to be lifted in order to have no incidents upon boarding the vessel.

Thanking you in advance,

Ms. Jessie Bell



Jessie Bell <belljessie3558@gmail.com>

## Glory Cruise Aug 6-11 2012

**ketranw@traveldesiresagency.com** <ketranw@traveldesiresagency.com>  Mon, Sep 26, 2011 at 11:59 AM
To: jessie bell <belljessie3558@gmail.com>

Jesse:

Important Information needed for cruise.
They will need either a passport or birth certificate with a govt issued id. Any person 16 years or older.
If children are not traveling with parents they will need a notarized letter stating they are able to travel. If one parent is traveling need permission from other parent unless incarcerated. If don't feel safe they have time to get a passport card which is strictly for cruising.

**The rates include all taxes and gratuities** Deposit is 25.00
so you know the rate on the single are as follow:
4B 1154.44 Inside
6B 1394.44 Ocean
8B 1654.44 Balcony

**The rates include all taxes and gratuities**
The Deposit will need names and birth date plus a 200.00 deposit per person at time of booking. The regular rate for Dbl occupancy this is the rate for the triple and quads in the room : as follows
475.54 inside 4C per person
495.44 ocean 6C per person
515.44 Balcony 8C per person

For the rooms as dbl occupancy the deposit by Oct 15, will be $2400.00.
If you need more time I can get the extension until Nov 15,11

Any more question feel free to call or email. I am also going to set up brochure through carnival.

Facebook
KETRAN CRUTCHER-TRAVEL CONSULTANT
TRAVEL DESIRES
3695-F Cascade Rd #1106
Atlanta GA 30331
888-837-0632 TOLL FREE
678-880-3231 LOCAL
678-229-2775 FAX
www.traveldesiresagency.com

2 attachments

GLORY aug 2012.pdf
332K

JESSE GROUP form.pdf
56K



## Carnival Glory-5 DAY CANADA CRUISE

| | |
|---|---|
| AUG 6 | NEW YORK 5:00PM |
| AUG 7 | FUN DAY AT SEA |
| AUG 8 | ST JOHN NB, CANADA 8:00AM-4:00PM |
| AUG 9 | HALIFAX NS CANADA 9:00AM-6:00PM |
| AUG 10 | FUN DAY AT SEA |
| AUG 11 | NEW YORK 8:00AM |

Deposit $25.00 Per Person Oct 15, 2011
STANDARD 200.00 per person by April 5, 2012
Final due June 2, 2012
**BASED ON DBL OCCUPANCY**
**INSIDE 4C $650.44 PER PERSON**
**OCEANVIEW 6C $770.44 PER PERSON**
**BALCONY 8C $900.44 PER PERSON**
*** Single occupancy or 3rd & 4th rates available please request ***
Please Refer to Reservation: **689MT6**

Accept:     **MONEY ORDER FOR DEPOSIT ONLY**

***PLEASE MAKE SURE YOU HAVE A ORIGINAL BIRTH CERTIFICATE AND PHOTO GOVT ID OR PASSPORT***

*Bon Voyage*

**TRAVEL DESIRES**
Ketran Crutcher –Travel Consultant
3695-F CASCADE RD 1106 ATLANTA GA 30331
1-888-837-0632 opt 2/678-880-3231 opt 2 office/678-229-2775 fax
KETRANW@TRAVELDESIRESAGENCY.COM any questions email
WWW.TRAVELDESIRESAGENCY.COM



**TRAVEL DESIRES**
**3695-F CASCADE RD 1106**
**ATLANTA GA 30331**
888-837-0632 opt 2 toll free
678-880-3231 local
678-229-2775 fax
info@traveldesiresagency.com
http://www.traveldesiresagency.com

Name_____ Birth Date_____
On passport or Birth Certificate or Govt issued ID

Name_____ Birth Date_____
On passport or Birth Certificate or Govt issued ID

Name_____ Birth Date_____
On passport or Birth Certificate or Govt issued ID

Name_____ Birth Date_____
On passport or Birth Certificate or Govt issued ID

Address_____
_____

Phone_____ Email_____

Credit
Card_____ (cvc)_____ exp_____

Name on card

Type of room   Inside 650.44 pp   Oceanview 770.44 pp   Balcony 900.44pp   Suite pp

Deposit is per person 25.00 Oct 15,2011
Triple and quad room is 200.00 per person
Please fax to number 678-229-2775 or call in payment 678-880-3231 opt2
Reservation number 689MT6

```
            ***********************
            ***   RX REPORT   ***
            ***********************


    RECEPTION OK

    TX/RX NO              8790
    RECIPIENT ADDRESS     718 613 2426
    DESTINATION ID
    ST. TIME              05/23 16:16
    TIME USE              00'50
    PGS.                      6
    RESULT                OK
```